Owen Yeates (12185)
INSTITUTE FOR FREE SPEECH
1150 Connecticut Ave., NW
Ste. 801
Washington, DC 20036
808-470-0506
oyeates@ifs.org

*Counsel for Grassroot Institute of Hawaii*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| GRASSROOT INSTITUTE OF HAWAII, a Hawai'i nonprofit corporation,<br><br>*Plaintiff*,<br><br>*v.*<br><br>ANNE E. LOPEZ, in her official capacity as Hawai'i Attorney General, and NADINE ANDO, in her official capacity as Director of Hawai'i Department of Commerce and Consumer Affairs,<br><br>*Defendants*. | Civil Action No.<br>1:26-cv-00279-LEK-RT<br><br>**CERTIFICATE OF COMPLIANCE FOR MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date and time of hearing: TBD<br>Presiding Judge: Honorable Leslie E. Kobayashi<br>Trial Date: TBD<br>Relating docket no.: 15 |

I hereby certify that the Memorandum in Support of Plaintiff's Motion for Preliminary Injunction complies with the word limits at Local Rule 7.4. As measured by the internal word count of Microsoft Word, which was used to

produce the document, the Memorandum contains 6,178 words, including headings, footnotes, and quotations, but excluding the case caption, table of contents, table of authorities, signature block, exhibits, declarations, certificates of counsel, and certificate of service.

Dated: June 19, 2026

Respectfully submitted,

s/ Owen Yeates

Owen Yeates
INSTITUTE FOR FREE SPEECH
1150 Connecticut Ave., NW, Ste. 801
Washington, DC 20036
Local mailing address:
P.O. Box 31
55-510 Kamehameha Hwy Ste. 20
Laie, HI 96762
oyeates@ifs.org
Telephone: 808-470-0506

*Counsel for Plaintiff*