Owen Yeates (12185)
INSTITUTE FOR FREE SPEECH
1150 Connecticut Ave., NW
Ste. 801
Washington, DC 20036
808-470-0506
oyeates@ifs.org

*Counsel for Grassroot Institute of Hawaii*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| GRASSROOT INSTITUTE OF HAWAII, a Hawaiʻi nonprofit corporation,<br><br>*Plaintiff*,<br><br>*v*.<br><br>ANNE E. LOPEZ, in her official capacity as Hawaiʻi Attorney General, and NADINE ANDO, in her official capacity as Director of Hawaiʻi Department of Commerce and Consumer Affairs,<br><br>*Defendants*. | Civil Action No.<br>1:26-cv-00279-LEK-RT<br><br>**CERTIFICATE OF SERVICE FOR MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date and time of hearing: TBD<br>Presiding Judge: Honorable Leslie E. Kobayashi<br>Trial Date: TBD<br>Relating docket no.: 15 |

I hereby certify that I electronically filed a true and correct copy of the foregoing Motion for Preliminary Injunction with the Clerk of Court using the CM/ECF system, which will serve all attorneys of record, including the following:

Kaliko‘onālani D. Fernandes (9964)
Solicitor General
kaliko.d.fernandes@hawaii.gov

Ewan C. Rayner (10222)
Deputy Attorney General
ewan.rayner@hawaii.gov

Thomas J. Hughes (11059)
Deputy Attorney General
thomas.j.hughes@hawaii.gov

*Counsel for Defendants*

Dated: June 19, 2026

Respectfully submitted,

s/ *Owen Yeates*
Owen Yeates (12185)
INSTITUTE FOR FREE SPEECH
1150 Connecticut Ave., NW, Ste. 801
Washington, DC 20036
Local mailing address:
55-510 Kamehameha Hwy Ste 20
Box 31
Laie, HI 96762
oyeates@ifs.org
Telephone: 808-470-0506

*Counsel for Plaintiff*