Benjamin E. Lowenthal (Haw. Bar No. 8645)
Law Office of Benjamin E. Lowenthal
1001 Bishop Street, Suite 2210
Honolulu, Hawaiʻi 96813
Telephone: (808) 766-8247
Email: benjamin@bellawyer.com

Counsel for Amicus Curiae
The Center for American Progress

In the United States District Court

District of Hawaiʻi

| | |
|---|---|
| Grassroot Institute of Hawaii, a Hawaiʻi nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>Anne E. Lopez, in her official capacity as Hawaiʻi Attorney General, and Nadine Ando, in her official capacity as Director of the Hawaiʻi Department of Commerce and Consumer Affairs,<br><br>Defendants. | 1:26-cv-00279-LEK-RT<br><br>Motion for Leave to File Brief as Amicus Curiae in Support of Defendants; Memorandum in Support; Exhibit A; Certificate of Service.<br><br>Hon. Leslie E. Kobayashi |

**Motion for Leave to File Brief as Amicus Curiae in Support of Defendants**

The Center for American Progress moves for leave to file its brief in support of Defendants as *amicus curiae*. The proposed brief is attached as Exhibit A. CAP is a nonprofit policy institute dedicated to improving the lives of Americans

through progressive ideas and action. CAP Senior Fellow Tom Moore is the author of the Corporate Power Reset, the state corporate-law framework adopted in 2026 Haw. Sess. Laws Act 11, and assisted lawmakers in drafting it. The brief describes what kind of statute Act 11 is, where it sits in American law, and why the complaint's analytical frame does not fit it.

Counsel has notified the parties of CAP's intention to submit this brief. Pursuant to LR7.1(c) CAP does not request a hearing on this motion and submits that the motion may be decided without one. This motion is supported by the accompanying memorandum, the proposed brief submitted herewith, the records and files in this action, and such further argument as the Court may permit.

Dated: September 11, 2026.

s/ Benjamin Lowenthal
Benjamin E. Lowenthal
Counsel for Amicus Curiae
The Center for American Progress