# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached was served electronically through the Court's CM/ECF system or conventionally by mailing copies via U.S. Mail, postage prepaid, upon the following:

OWEN YEATES
Institute for Free Speech
1150 Connecticut Avenue, N.W., Suite 801
Washington, D.C. 20036

Attorney for Plaintiff

DATED: Honolulu, Hawaiʻi, September 11, 2026.

/s/ *Ewan C. Rayner*
KALIKOʻONĀLANI D. FERNANDES
EWAN C. RAYNER
THOMAS J. HUGHES

Attorneys for Defendants