IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GRASSROOT INSTITUTE OF HAWAII, a Hawai'i nonprofit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ANNE E. LOPEZ, in her official capacity as Hawaii Attorney General, *et al*,<br><br>Defendants. | CV 26-00279 LEK-RT |

**ORDER**

Pursuant to Local Rule 40.2, this case is REASSIGNED from United States Magistrate Judge Rom Trader to Chief United States Magistrate Judge Kenneth J. Mansfield. The case number shall change on all future filings in this case from CV 26-00279 LEK-RT to CV 26-00279 LEK-KJM.

IT IS SO ORDERED.

DATED: October 5, 2026 at Honolulu, Hawai'i.

/s/ Derrick K. Watson

Derrick K. Watson
Chief United States District Judge