# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:26-cv-00279-LEK-KJM |
| CASE NAME: | Grassroot Institute of Hawaii v. Lopez et al |
| ATTY FOR PLT: | Owen Dennis Yeates |
| ATTY'S FOR DEFTS: | *Ewan C. Rayner<br>Thomas J. Hughes |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Ann Matsumoto |
| DATE: | 10/13/2026 | TIME: | 3:00pm-3:55pm |

COURT ACTION: EP: Hearing on [15] Motion for Preliminary Injunction and [22] Defendants' Motion to Dismiss Complaint [ECF No. 1] held.

Oral arguments heard.

For reasons stated on the record, Motion for Preliminary Injunction [15] and Defendants' Motion to Dismiss Complaint [ECF No. 1] [22] - TAKEN UNDER ADVISEMENT.

Court to issue written order.

Submitted by: Carla Cortez, Courtroom Manager